United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 9, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 06-60722
Summary Calendar

———————————

AUGUSTIN NGAMBO TEOUDEO; CHRISTINE LAURE NGUEFACK NGAMBO,

Petitioners,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A98 394 052
BIA No. A98 394 051
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:*

Augustin Ngambo Teoudeo (Teoudeo) and Christine Laure
Nguefack Ngambo (Ngambo), both natives and citizens of Cameroon,
challenge the denial of their application for asylum, withholding
of removal, and relief under the Convention Against Torture.
The immigration judge (IJ) rejected their application based on a
finding that Teoudeo and Ngambo were not credible. The Board of
Immigration Appeals (BIA) affirmed without opinion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

In their petition for review, Teoudeo and Ngambo assert that the IJ's credibility determination was not supported by the record and that the IJ and BIA failed to consider probative evidence in support of their claims. However, Teoudeo and Ngambo have not specified how the IJ's credibility determination was not supported by the record or what evidence the IJ and BIA failed to consider. Because Teoudeo and Ngambo have failed to properly brief the issue of the district court's credibility determination, they have abandoned the only relevant issue for review. See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).

PETITION FOR REVIEW DENIED.